# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER MORRIS, Independent Administrator of the Estate of Ayden Carter Toplin, deceased, </br></br>Plaintiff,</br></br>v.</br></br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER, JENNIFER ROSENBAUM, M.D., CARYN REID APN, and the UNITED STATES OF AMERICA,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)  Case No: 16-CV-4949</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## JENNIFER ROSENBAUM, M.D. AND CARYN REID, APN

Pursuant to Federal Rule of Civil Procedure 41(a)(1) plaintiff hereby moves this Honorable Court for its order voluntarily dismissing without prejudice and without costs defendants Jennifer Rosenbaum, M.D. and Caryn Reid, APN, and removing their names from the caption as the case proceeds further against the remaining defendants.

Respectfully submitted,

*[signature]*

PFAFF, GILL & PORTS, LTD.
Attorneys for Plaintiff
One East Wacker Dr., Suite 3310
Chicago, IL 60601-1918
(312) 828-9666
We accept service at: eservice@pfaffgill.com
Firm ID: 12665