**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Jennifer Morris | ) | Case No: 16 C 4949 |
|  | ) |  |
| v. | ) | Judge: John W. Darrah |
|  | ) |  |
| The University of Chicago Medical Center et al) |  |  |
|  | ) |  |

## <u>ORDER</u>

A NOTICE of Voluntary Dismissal having been filed, defendants M.D. Jennifer Rosenbaum and APN Caryn Reid are dismissed from this action without prejudice and without costs.


Date:   10/13/16                                             /s/ Judge John W. Darrah